**LONG & ALLSTATTER CO et v WILLIS et**

Ohio Appeals, 1st Dist, Hamilton Co

Decided Nov 12, 1935

Harmon, Colston, Goldsmith & Hoadly, Cincinnati, Williams, Sohngen, Fitton & Pierce, Hamilton, and Pogue, Hoffheimer & Pogue, Cincinnati, for plaintiff in error The Long & Allstatter Company.

Brandon R. Millikin, Hamilton, for plaintiff in error Beeler, trustee.

Coleman Avery, Cincinnati, for defendant in error Willis.

For full opinion see 6 OO 360; 52 Oh Ap 299. See also 18 Abs 350; 1 OO 256; 193 NE 774; 48 Oh Ap 366.